IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC C. MEADE, | : | 1:12-cv-1559 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. William I. Arbuckle III |
| GUARANTY BANK, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**September 26, 2013**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge J. William I. Arbuckle III (Doc. 16) is **ADOPTED** in its entirety.

2. Defendants' Motion to Dismiss (Doc. 7) is **GRANTED** with respect to Plaintiff's federal RICO claim only.

3. Plaintiff's state law claims are **REMANDED** to the Wayne County Court of Common Pleas.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

                                                            s/ John E. Jones III
                                                            John E. Jones III
                                                           United States District Judge